

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**


V.V.V. & SONS EDIBLE OILS
LTD

                              Plaintiff(s),       Case No. 2:14-cv-02961-TLN-CKD

v.

MEENAKSHI OVERSEAS LLC

                              Defendant(s).


I, __Jason DeFrancesco__ , attorney for __Meenakshi Overseas LLC__, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name:        Baker and Rannells, PA

Address:          575 Route 28 Suite 102

City:             Raritan

State:            New Jersey     ZIP Code: 08869

Voice Phone:      (908) 722-5640

FAX Phone:        (908) 725-7088

Internet E-mail:  jld@br-tmlaw.com

Additional E-mail: k.hnasko@br-tmlaw.com

I reside in City:    Princeton____   State:   New Jersey

I was admitted to practice in Florida (court) on March 18, 2004 (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:          Robert M. Wilson

Firm Name:     Kimball & Wilson, LLP

Address:       3600 American River Drive, Suite 215

City:          Sacramento

State:         CA          ZIP Code: 95864

Voice Phone: (916) 927-0700

FAX Phone:   (916) 927-0701

E-mail:        rwilson@kimballwilson.com

Dated: March 6, 2015          Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: _____

_____
JUDGE, U.S. DISTRICT COURT



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.ORG

State of Florida          )

County of Leon          )

In Re:      702587
            Jason Lee Defrancesco
            Baker and Rannells, P.A.
            575 State Route 28 Ste 102
            Raritan, NJ

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on March 18, 2004.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this ___9th___ day of March, 2015.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/LJ:ksm3:R10



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida        )

County of Leon         )

In Re:     702587
Jason Lee Defrancesco
Baker and Rannells, P.A.
575 State Route 28 Ste 102
Raritan, NJ

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on March 18, 2004.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this _9th_ day of March, 2015.

Pam Gerard
Member Services & Records Manager
The Florida Bar

PG/LJ:ksm3:R10