

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

```
V.V.V. & SONS EDIBLE OILS
LTD
```
                      Plaintiff(s),    Case No. 2:14-cv-02961-TLN-CKD

v.

```
MEENAKSHI OVERSEAS LLC
```
                      Defendant(s).

I, __Jason DeFrancesco__, attorney for __Meenakshi Overseas LLC__, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Baker and Rannells, PA |
| Address: | 575 Route 28 Suite 102 |
| City: | Raritan |
| State: | New Jersey    ZIP Code: 08869 |
| Voice Phone: | (908) 722-5640 |
| FAX Phone: | (908) 725-7088 |
| Internet E-mail: | jld@br-tmlaw.com |
| Additional E-mail: | k.hnasko@br-tmlaw.com |
| I reside in City: | Princeton     State: New Jersey |

I was admitted to practice in <u>Florida</u> (court) on <u>March 18, 2004</u> (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have <u>not</u> concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:  Robert M. Wilson

Firm Name:  Kimball & Wilson, LLP

Address:  3600 American River Drive, Suite 215

City:  Sacramento

State:  CA    ZIP Code: 95864

Voice Phone:  (916) 927-0700

FAX Phone:  (916) 927-0701

E-mail:  rwilson@kimballwilson.com

Dated: March 6, 2015    Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated:  March 23, 2015

Troy L. Nunley
United States District Judge