## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | March 11, 2015 |
| NAME OF SERVER *(PRINT)* | TITLE |
| Tasha Thomas | process server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served:
   2500 Hamilton Blvd, Suite B, South Plainfield, New Jersey

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: Ms. Ria Patel, managing agent, auth. to accept on behalf of the LLC.

[ ] Returned unexecuted:

[ ] Other (specify): Demand For Jury Trail & Order Requiring Joint Status Report.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $150 | $150 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 12, 2015
                    Date                         Signature of Server

                                        PO Box 2417, Newark, New Jersey
                                        *Address of Server*