# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS, LTD., | ) CASE 2:14-CV-02961-TLN-CKD |
| | ) |
| Plaintiff, | ) [Magistrate Judge: Carolyn K. Delaney] |
| | ) [District Judge: Troy L. Nunley] |
| vs. | ) |
| | ) **ORDER** |
| MEENAKSHI OVERSEAS, LLC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The joint request by the parties and stipulation thereto to extend time to respond to the Complaint (ECF 1) until May 14, 2016, it is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: April 14, 2016

Troy L. Nunley
United States District Judge