Jason L. DeFrancesco, Esq., *Pro Hac Vice*
Baker and Rannells, P.A.
92 East Main St, Ste 302
Somerville, NJ 08876
Tel: (908) 722-5640
Fax: (908) 725-7088
Email: jld@br-tmlaw.com

Attorney for Defendant,
MEENAKSHI OVERSEAS, LLC.

Kenneth C Brooks (SBN 167,792)
Law Offices of Kenneth Brooks
1578 Thunder Ridge Circle
Milpitas, CA 95035
Tel: (916) 223-9773
Fax: (877) 730-4315
Email: kcb@brookspatents.com

Attorney for Plaintiff,
V.V.V. & SONS EDIBLE OILS, LTD.

Robert M. Wilson, (State Bar No. 122731)
Law Office of Robert M. Wilson
770 L Street, Suite 950
Sacramento, CA 95814
Tel: (916) 441-0888
Email: RWilson@BusinessCounsel.net

Attorney for Defendant,
MEENAKSHI OVERSEAS, LLC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)**

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEENAKSHI OVERSEAS, LLC., <br><br> Defendant. | CASE 2:14-CV-02961-TLN-CKD <br><br> [Magistrate Judge: Carolyn K. Delaney] <br> [District Judge: Troy L. Nunley] <br><br> **STIPULATION TO LIFT STAY AND RECONSIDERATION THEREOF; AND ORDER** |

  This is a joint stipulation entered into between the parties who now seek approval of the Court to enter an order lifting the instant stay and, in doing so, reconsider the Defendant's outstanding motion (ECF 7) with respect to the stay of the proceeding of the '654 mark.

---

JOINT STIPULATION TO LIFT STAY AND FOR RECONSIDERATION THEREOF

In the instant proceeding, the Plaintiff is among other things challenging Defendant's United States trademark registrations, namely nos. 4334000, 4225172 and 4006654 for IDHAYAM ("Defendant's registrations").  Plaintiff has also brought a concurrent cancellation proceeding of Defendant's registrations before the United States Patent and Trademark Office (USPTO).

The Defendant has filed a motion to dismiss the instant case as well as the proceeding before the USPTO for reasons that include *res judicata* - regarding Defendant's registration no. 4006654 ("the '654 mark").

The USPTO granted the dismissal as to claims regarding the '654 mark, but not as to the remaining two (2) marks.  The Defendant did not challenge the ruling.  The Plaintiff appealed the judgment to the Federal Circuit. In view of the appeal, the Defendant requested this Court stay pending the decision. The appeal was denied and Mandate issued February 22, 2016. The USPTO stayed the concurrent proceeding in view of this case.

On March 31, 2016, this Court ruled on Defendant's outstanding motion to dismiss as to trademark registration nos. 4334000 and 4225172, and in doing so, the Court stayed the proceeding as to the '654 mark (ECF 21) pending the appeal.

The parties since engaged in discussions regarding ECF 21 and requested that the Court extend time for Defendant to respond to the complaint (ECF 1) so the parties can have an opportunity to consider streamlining the litigation by either stipulating to eventual relief from the stay and or possibly seeking clarification of this Court's Order (ECF 22).

Upon further discussions, the parties represent that the time to challenge the appeal has expired.  The parties request the associated stay be lifted therefore, and in doing so, request the Court reconsider the Defendant's motion (ECF 7) with respect to the stay of the proceeding of

the '654 mark.  The parties further stipulate that no responsive pleading is due from Defendant until the Court rules on reconsideration of ECF 7, as described above. The parties believe that the requested relief is appropriate under the circumstances.

Upon e-filing the joint request and proposed order, the proposed order has been emailed in accordance with Local Rule 137(b), for review and approval to tlnorders@caed.uscourts.gov.

DATED: May 5, 2016

By:   */s/* Jason DeFrancesco

Jason DeFrancesco, Esq.
*Pro hac vice*

Attorney for Defendant,
MEENAKSHI OVERSEAS LLC

By:   */s/* Kenneth C. Brooks
Law Offices of Kenneth C. Brooks
Attorney for Plaintiff,
V.V.V. & SONS EDIBLE OILS, LTD.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS, LTD.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MEENAKSHI OVERSEAS, LLC.,<br><br>　　　　Defendant. | CASE 2:14-CV-02961-TLN-CKD<br><br>[Magistrate Judge: Carolyn K. Delaney]<br>[District Judge: Troy L. Nunley]<br><br>**ORDER** |

**ORDER**

The joint request by the parties and stipulation thereto is GRANTED.

Whereby, the stay as ordered in ECF 21 is lifted and the Court will reconsider Defendant's motion (ECF 7) in view of the '654 mark. No responsive pleading is due from Defendant until the Court rules on the motion.

**IT IS SO ORDERED**.

Dated: May 6, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　United States District Judge