Kenneth C Brooks (SBN 167,792)
Law Offices of Kenneth Brooks
1578 Thunder Ridge Circle
Milpitas, California 95035
Tel: 916 223-9773
Fax: 877 730-4315

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company,<br>　　　　　Plaintiff,<br>　vs.<br>MEENAKSHI OVERSEAS LLC,<br>　　　　　Defendant. | Case No.: 2:14-CV-02961-TLN-CKD<br><br>PLAINTIFF'S NOTICE OF NON-OPPOSITION TO THE MOTION TO DISMISS AND OPPOSITON TO DEFENDANT'S REQUEST FOR ATTORNEY FEES |

COMES NOW, Plaintiff, V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company providing its notice of non-opposition to Defendant MEENAKSHI OVEREAS, LLC's ("MOL") motion to dismiss and opposition to its request for attorney fees.

**I. Notice of Non-Opposition to Dismissal**

Plaintiff hereby notifies the Court that it does not oppose Defendants motion to dismiss the case due to the complexity of the area of law and the desire to have the Ninth Circuit Court of Appeals to review the case as soon as possible.  Plaintiff, however, opposes Defendant's request for attorney fees.

**II. Opposition to Defendant's Request for Attorney Fees**

1

PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND

OPPOSITION TO THE AWARD ATTORNEY FEES, COSTS, OR DISBURSEMENT

In its Notice and Motion to Dismiss ECF No. 40, Defendant request, *inter alia*, reasonable attorney fees and cost etc.  "An award of reasonable attorneys' fees and costs is expressly provided for in 'exceptional cases' of trademark infringement." *Rio Properties, Inc. v. Rio Intern. Interlink*, 284 F. 3d 1007, 1022 (9th Cir. 2002) quoting 15 U.S.C. § 1117(a) (2001). "While the term 'exceptional' is not defined in the statute, attorneys' fees are available in infringement cases where the acts of infringement can be characterized as malicious, fraudulent, deliberate, or willful." *Rio Properties, Inc. v. Rio Intern. Interlink*, 284 F. 3d 1007, 1023 (9th Cir. 2002) *quoting  Playboy Enters., Inc. v. Baccarat Clothing Co.*, 692 F.2d 1272, 1276 (9th Cir.1982).  None of these criteria are satisfied in the instant action.  Therefore, this Court should not award attorney fees, costs, or disbursement incurred by Defendant.

## VII.  CONCLUSION

Plaintiff does not oppose Defendant's motion to dismiss and opposes any award of attorney fees, costs, or disbursement incurred to Defendant.

Dated: October 5, 2017

/s/Kenneth C. Brooks
Kenneth C. Brooks
Attorney for Plaintiff
LAW OFFICES OF KENNETH C. BROOKS
KENNETH C. BROOKS
5329 Thunder Ridge Circle
Rocklin, CA 95765
408 368-7997
kcb@broookspatents.com

2

PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND OPPOSITION TO THE AWARD ATTORNEY FEES, COSTS, OR DISBURSEMENT