| | |
|---|---|
| Jason L. DeFrancesco, Esq., *Pro Hac Vice* <br> Baker and Rannells, P.A. <br> 92 East Main St, Ste 302 <br> Somerville, NJ 08876 <br> Tel: (908) 722-5640 <br> Fax: (908) 725-7088 <br> Email: jld@br-tmlaw.com <br><br> Attorney for Defendant, <br> MEENAKSHI OVERSEAS, LLC. | Kenneth C Brooks (SBN 167,792) <br> Law Offices of Kenneth Brooks <br> 16 Corning Avenue 136 <br> Milpitas, CA 95035 <br> Tel: (916) 223-9773 <br> Fax: (877) 730-4315 <br> Email: kcb@brookspatents.com <br><br> Attorney for Plaintiff, <br> V.V.V. & SONS EDIBLE OILS, LTD. |

Robert M. Wilson, (State Bar No. 122731)
Law Office of Robert M. Wilson
770 L Street, Suite 950
Sacramento, CA 95814
Tel: (916) 441-0888
Email: RWilson@BusinessCounsel.net

Attorney for Defendant,
MEENAKSHI OVERSEAS, LLC.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEENAKSHI OVERSEAS, LLC., <br><br> Defendant. | CASE 2:14-CV-02961-TLN-CKD <br><br> [Magistrate Judge: Carolyn K. Delaney] <br> [District Judge: Troy L. Nunley] <br><br> **JOINT STIPULATION TO EXTEND TIME AND ORDER** |

After entry of the Court's Minute Order of February 26, 2020 (ECF 64), counsel and the nation have suffered tremendous interruption of communications, movement that have disrupted day-to-day operations of the business of parties' counsel. As a result, Counsel for the parties

JOINT STIPULATION TO EXTEND TIME AND ORDER

have jointly agreed to stipulate to extend the time for 30 days to file a Joint Status Report to April 27, 2020.

Upon e-filing the joint request and proposed order, the proposed order has been emailed in accordance with Local Rule 137(b), for review and approval to tlnorders@caed.uscourts.gov.

Respectfully requested by the undersigned, on behalf of the parties jointly,

DATED: March 25, 2020

By: /s/ Kenneth C. Brooks

Kenneth C. Brooks, Esq.
Attorney for Plaintiff

## ORDER

The joint request by the parties and stipulation thereto to extend time to file a Joint Status Report until April 27, 2020, it is hereby GRANTED.

**IT IS SO ORDERED**.

DATED: March 25, 2020

Troy L. Nunley
United States District Judge