| | |
|---|---|
| Jason L. DeFrancesco, Esq., *Pro Hac Vice* | Kenneth C Brooks (SBN 167,792) |
| Baker and Rannells, P.A. | Law Offices of Kenneth Brooks |
| 92 East Main St, Ste 302 | 16 Corning Avenue 136 |
| Somerville, NJ 08876 | Milpitas, CA 95035 |
| Tel: (908) 722-5640 | Tel: (916) 223-9773 |
| Fax: (908) 725-7088 | Fax: (877) 730-4315 |
| Email: jld@br-tmlaw.com | Email: kcb@brookspatents.com |
| | |
| Attorney for Defendant, | Attorney for Plaintiff, |
| MEENAKSHI OVERSEAS, LLC. | V.V.V. & SONS EDIBLE OILS, LTD. |

Robert M. Wilson, (State Bar No. 122731)
Law Office of Robert M. Wilson
770 L Street, Suite 950
Sacramento, CA 95814
Tel: (916) 441-0888
Email: RWilson@BusinessCounsel.net

Attorney for Defendant,
MEENAKSHI OVERSEAS, LLC.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS, LTD., | ) CASE 2:14-CV-02961-TLN-CKD |
| Plaintiff, | ) [Magistrate Judge: Carolyn K. Delaney] |
| | ) [District Judge: Troy L. Nunley] |
| vs. | ) |
| | ) **JOINT STIPULATION TO EXTEND** |
| MEENAKSHI OVERSEAS, LLC., | ) **TIME AND ORDER** |
| Defendant. | ) |

After entry of the Court's Minute Order of February 26, 2020 (ECF 64), counsel and the nation have suffered tremendous interruption of communications, movement that have disrupted day-to-day operations of the business of parties' counsel. As a result, Counsel for the parties jointly agreed to stipulate to extend the time for 30 days to file a Joint Status Report to April 27,

2020, which was granted by this Court.  As the emergency that caused the aforementioned interruptions has waned in this Country it appears that the nation of the Plaintiff in this action, India, still suffers from substantial interruptions.  As a result, Counsel for the parties have jointly agreed to stipulate to extend the time for 30 days to file a Joint Status Report to May 27, 2020.

Upon e-filing the joint request and proposed order, the proposed order has been emailed in accordance with Local Rule 137(b), for review and approval to tlnorders@caed.uscourts.gov.

Respectfully requested by the undersigned,

DATED:  April 23, 2020

By:     /s/ Kenneth C. Brooks

Kenneth C. Brooks, Esq.
Attorney for Plaintiff

By:     /s/ Robert M. Wilson
Robert M. Wilson, Esq.
Attorney for Defendant

## ORDER

The joint request by the parties and stipulation thereto to extend time to file a Joint Status Report until May 27, 2020, it is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: April 23, 2020

Troy L. Nunley
United States District Judge

JOINT STIPULATION TO EXTEND TIME AND ORDER