Jack Rannells, *Esq*., *Pro Hac Vice*
Baker and Rannells, P.A.
92 East Main St, Ste 302
Somerville, NJ 08876
Tel: (908) 722-5640
Fax: (908) 725-7088
Email: jld@br-tmlaw.com

Attorney for Defendant,
MEENAKSHI OVERSEAS, LLC.

Robert M. Wilson, (State Bar No. 122731)
Law Office of Robert M. Wilson
770 L Street, Suite 950
Sacramento, CA 95814
Tel: (916) 441-0888
Email: RWilson@BusinessCounsel.net

Attorney for Defendant,
MEENAKSHI OVERSEAS, LLC.

Kenneth C Brooks (SBN 167,792)
Law Offices of Kenneth Brooks
16 Corning Avenue 136
Milpitas, CA 95035
Tel: (916) 223-9773
Fax: (877) 730-4315
Email: kcb@brookspatents.com

Attorney for Plaintiff,
V.V.V. & SONS EDIBLE OILS, LTD.

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> MEENAKSHI OVERSEAS, LLC., <br><br> Defendant. | ) CASE 2:14-CV-02961-TLN-CKD <br> ) <br> ) [Magistrate Judge: Carolyn K. Delaney] <br> ) [District Judge: Troy L. Nunley] <br> ) <br> ) <br> ) **JOINT STIPULATION TO VACATE** <br> ) **PRETRIAL SCHEDULE ORDER** <br> ) **PENDING OUTCOME OF** <br> ) **DISPOSITIVE MOTION AND** <br> ) **ORDER** <br> ) |

After entry of the Court's Pretrial Scheduling Oder of July 7, 2020 (ECF 70), Plaintiff filed an Amended Complaint (ECF 71). Defendant has filed a dispositive motion seeking, inter alia, dismissal of the Amended Complaint (ECF 73). Plaintiff filed a timely opposition (ECF 75), and the motion is now fully briefed. See Reply (ECF 76). The court took that matter under

submission without further briefing.  See Minute Order (ECF 77).  As a result, Counsel for the parties have jointly agreed to stipulate to vacating the Courts Pretrial Scheduling Order for good cause to afford the Court time to decide the motion without the parties incurring potentially unnecessary costs, should the Court grant the motion, while ensuring that Plaintiff is not unduly prejudiced by having a shortened period within which to complete discovery.  It is requested that this Court order another Pretrial Schedule should Defendant's motion not be granted.

Upon e-filing the joint request and proposed order, the proposed order has been emailed in accordance with Local Rule 137(b), for review and approval to tlnorders@caed.uscourts.gov.

Respectfully requested by the undersigned, on behalf of the parties jointly,

DATED:  October 23, 2020

By:     /s/ Kenneth C. Brooks
Kenneth C. Brooks, Esq.
Attorney for Plaintiff

DATED:  October 23, 2020

By:     /s/ Robert M. Wilson
Robert M. Wilson, Esq.
Attorney for Defendant

////

////

////

////

////

////

JOINT STIPULATION TO VACATE PRETRIAL SCHEDULE ORDER PENDING OUTCOME OF DISPOSITIVE MOTION AND ORDER

## ORDER

Good cause for vacating the pretrial order exists due to the dispositive nature of the motion, pending a ruling on the motion, the need for the parties to avoid unnecessary cost of litigation without knowing the scope and nature of the issues, if any, subject to litigation, the joint request by the parties and stipulation thereto to vacate the Pretrial Scheduling Order of July 7, 2020 (ECF 70) is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: October 23, 2020

Troy L. Nunley
United States District Judge

JOINT STIPULATION TO VACATE PRETRIAL SCHEDULE ORDER PENDING OUTCOME OF DISPOSITIVE
MOTION AND ORDER