AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____California_____

V.V.V. & Sons Edible Oils Limited
      Plaintiff (s),

V.

Meenakshi Overseas LLC

      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:14-cv-02961-TLN-CKD

Notice is hereby given that, subject to approval by the court, _____Meenakshi Overseas LLC_____ substitutes
                            (Party (s) Name)

_____Meghan Fenzel_____, State Bar No. _____324139_____ as counsel of record in place
(Name of New Attorney)

place of _____John M. Rannells, PHV, Robert M. Wilson, and Jason L. DeFrancesco, PHV_____
            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:  Jassy Vick Carolan LLP

 Address:   355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071

 Telephone:  310-870-7048    Facsimile 310-870-7010

 E-Mail (Optional): mfenzel@jassyvick.com

I consent to the above substitution.

Date: 3-3-2022

                ANIL GROUPS
                (Signature of Party (s))

I consent to being substituted.

Date: 3-8-22

                (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/3/2022

                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]