

# United States District Court
# Eastern District of California

| V.V.V. & Sons Edible Oils Limited | | Case Number: | 2:14-cv-02961-TLN-CKD |

Plaintiff(s)

V.

| Meenakshi Overseas LLC |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Richard S. Mandel_____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Meenakshi Overseas LLC

On _____ (date), I was admitted to practice and presently in good standing in the _____(see attached list)_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 03/11/2022_____     Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Richard S. Mandel
Law Firm Name: Cowan, Liebowitz & Latman, P.C.
Address: 114 West 47th Street

City: New York   State: NY   Zip: 10036
Phone Number w/Area Code: (212)790-9291
City and State of Residence: New York, NY
Primary E-mail Address: rsm@cll.com
Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: **Meghan Fenzel**
Law Firm Name: Jassy Vick Carolan LLP
Address: 355 South Grand Avenue, Suite 2450

City: Los Angeles   State: CA   Zip: 90071
Phone Number w/Area Code: 310-870-7048   Bar #: 324139

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 14, 2022

_____
JUDGE, U.S. DISTRICT COURT

# EXHIBIT A

## RICHARD S. MANDEL

### ADMITTED TO PRACTICE BEFORE THE FOLLOWING COURTS

| COURT | DATE OF ADMISSION | GOOD STANDING |
|---|---|---|
| New York State<br>Supreme Court, State of New York<br>Appellate Division, Second Department<br>45 Monroe Place<br>Brooklyn, New York, 12207 | 1986 | Yes |
| U.S. Court of Appeals for the Federal Circuit<br>Howard T. Markey National Courts Building<br>717 Madison Place, N.W.<br>Washington, DC 20439 | 2005 | Yes |
| U.S. Court of Appeals for the Ninth Circuit<br>The James R. Browning Courthouse<br>95 7th Street<br>San Francisco, CA 94103 | 2006 | Yes |
| U.S. Court of Appeals for the Second Circuit<br>Thurgood Marshall U.S. Courthouse<br>40 Foley Square<br>New York, NY 10007 | 1992 | Yes |
| U.S. District Court for the Eastern District of New York<br>225 Cadman Plaza East<br>Brooklyn, New York 94102-3489 | 1986 | Yes |
| U.S. District Court for the Southern District of New York<br>Daniel Patrick Moynihan U.S. Courthouse<br>500 Pearl Street<br>New York, New York 10007-1312 | 1986 | Yes |
| U.S. District Court for the District of Colorado<br>Alfred A. Arraj U.S. Courthouse<br>901 19th Street<br>Denver, Colorado 80294-3589 | 2015 | Yes |

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____RICHARD   STEPHEN   MANDEL_____, Bar # _____RM4884_____

was duly admitted to practice in the Court on

_____September 02, 1986_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.         On      _____March 10, 2022_____
          New York, New York

_____Ruby J. Krajick_____          By      _____S/Bryant Cunillera_____
       Clerk of Court                                          Deputy Clerk