## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company,<br><br>Plaintiff,<br><br>vs.<br><br>MEENAKSHI OVERSEAS LLC,<br><br>Defendant. | Case No. 2:14-CV-02961-TLN-CKD<br><br>Honorable Troy L. Nunley<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO OPPOSE MOTION TO STRIKE** |

# ORDER

Pursuant to Defendant's Unopposed Motion to Extend Time to Oppose Plaintiff's Motion to Strike Affirmative Defenses and for good cause shown, the Parties' briefing schedule shall be as follows:

- Defendant's Opposition to Plaintiff's Motion to Strike Affirmative Defenses: April 12, 2022
- Plaintiff's Reply in support of its Motion to Strike Affirmative Defenses: April 22, 2022
- Hearing on Plaintiff's Motion to Strike Affirmative Defenses: May 5, 2022

**IT IS SO ORDERED.**

DATED: March 17, 2022

Troy L. Nunley
United States District Judge