UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company, | ) ) ) | Case No.:  2:14-CV-02961-DJC-CKD |
|---|---|---|
| Plaintiff, | ) ) | ORDER AMENDING SCHEDULING ORDER |
| vs. | ) ) | |
| MEENAKSHI OVERSEAS LLC, | ) ) ) | |
| Defendant. | ) ) | |

Plaintiff Outdoor V.V.V. & SONS EDIBLE OILS LIMITED ("3V") and Defendant MEENAKSHI OVERSEAS LLC("MOL") both being desirous of Amending the Scheduling order in the above-identified matter and the Court finding good cause for amending the scheduling order, the Court hereby orders amendment to the scheduling order as follows.

////

////

////

////

ORDER ON JOINT STIPULATION TO AMEND SCHEDULING ORDER

| Event | Deadline |
|-------|----------|
| Close of Fact Discovery | April 2, 2024 |
| Opening Expert Reports Due | May 1, 2024 |
| Rebuttal Expert Reports Due | June 10, 2024 |
| Close of Expert Discovery | July 8,2024 |
| Last Day to File Dispositive Motions | August 12, 2024 |
| Last Day to Hear Dispositive Motions | October 3, 2024 |
| Final Pretrial Conference | January 16, 2025, at 1:30 PM |
| Jury Trial | February 24, 2025, at 9:00 AM |
| Length of Trial | 5 days |

Dated:  November 8, 2023      /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE