UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company,<br><br>      Plaintiff,<br>  vs.<br><br>MEENAKSHI OVERSEAS LLC,<br><br>      Defendant. | Case No.:  2:14-CV-02961-DJC-CKD<br><br>ORDER AMENDING SCHEDULING ORDER |

    Plaintiff Outdoor V.V.V. & SONS EDIBLE OILS LIMITED ("3V") and Defendant MEENAKSHI OVERSEAS LLC("MOL") both being desirous of Amending the Scheduling order in the above-identified matter and the Court finding good cause for amending the scheduling order, the Court hereby orders amendment to the scheduling order as follows.

////

////

////

////

1

ORDER ON JOINT STIPULATION TO AMEND SCHEDULING ORDER

| Event | Deadline |
|---|---|
| Close of Fact Discovery | July 2, 2024 |
| Opening Expert Reports Due | August 2, 2024 |
| Rebuttal Expert Reports Due | September 10, 2024 |
| Close of Expert Discovery | October 8, 2024 |
| Last Day to File Dispositive Motions | November 12, 2024 |
| Last Day to Hear Dispositive Motions | January 9, 2025 |
| Final Pretrial Conference | April 10, 2025, at 1:30 PM |
| Trial | June 16, 2025, at 8:30 AM |
| Length of Trial | 5 days |
|  |  |

Dated:  March 8, 2024         /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE