UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company,<br>         Plaintiff,<br>    vs.<br>MEENAKSHI OVERSEAS LLC,<br>         Defendant. | Case No.:  2:14-CV-02961-DJC-CKD<br>ORDER ON AMENDING SCHEDULING ORDER |
|---|---|

   Plaintiff Outdoor V.V.V. & SONS EDIBLE OILS LIMITED ("3V") and Defendant MEENAKSHI OVERSEAS LLC("MOL") both being desirous of Amending the Scheduling Order in this case and the Court finding good cause for amending the scheduling order, the Court hereby orders amendment to the scheduling order as follows.

| Event | Deadline |
|---|---|
| Close of Fact Discovery | August 2, 2024 |
| Opening Expert Reports Due | August 30, 2024 |
| Rebuttal Expert Reports Due | September 27, 2024 |
| Close of Expert Discovery | October 25, 2024 |
| Last Day to File Dispositive Motions | January 3, 2025 |

1

ORDER ON JOINT STIPULATION TO AMEND SCHEDULING ORDER

| Event | Deadline |
|---|---|
| Dispositive Motion Hearing | February 20, 2025 at 1:30 p.m. |
| Final Pretrial Conference | May 8, 2025 at 1:30 p.m. |
| Trial | July 14, 2025 at 8:30 a.m. |
| Length of Trial | 5 days |
|  |  |

Dated: May 28, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE