UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company, <br><br>　　　　　Plaintiff, <br><br>　vs. <br><br>MEENAKSHI OVERSEAS LLC, <br><br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No.:  2:14-CV-02961-DJC-CKD <br><br> ORDER ON AMENDING SCHEDULING ORDER |
|---|---|---|

　　　Plaintiff Outdoor V.V.V. & SONS EDIBLE OILS LIMITED ("3V") and Defendant MEENAKSHI OVERSEAS LLC("MOL") both being desirous of Amending the Scheduling order in the above-identified matter and the Court finding good cause for amending the scheduling order, the Court hereby orders amendment to the scheduling order as follows.

| Event | Proposed Deadline |
|---|---|
| Close of Fact Discovery | October 2, 2024 |
| Expert Disclosure Deadline | October 30, 2024 |

1

ORDER ON JOINT MOTION TO AMEND SCHEDULING ORDER

| Event | Proposed Deadline |
|---|---|
| Supplemental Disclosure Deadline | November 26, 2024 |
| Expert Discovery Cutoff Date | December 27, 2024 |
| Dispositive Motion Filing Deadline | March 7, 2025 |
| Dispositive Motion Hearing | May 1, 2025 at 1:30 PM |
| Final Pretrial Conference | July 17, 2025 at 1:30 PM |
| Trial | September 8, 2025 at 8:30 AM |
| Length of Trial | 5 days |

The Court does not contemplate any further amendments to the scheduling order, any requested amendment must be filed through an administrative or noticed motion.

Dated: August 12, 2024         /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE