UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company,<br>        Plaintiff,<br>    vs.<br>MEENAKSHI OVERSEAS LLC,<br>        Defendant. | Case No.:  2:14-CV-02961-DJC-CKD<br><br>ORDER ON BRIEFING SCHEDULE ON CR0SS-MOTIONS FOR SUMMARY JUDGMENT |

Plaintiff V.V.V. & SONS EDIBLE OILS LIMITED ("3V") and Defendant MEENAKSHI OVERSEAS LLC ("MOL") both being desirous of obtaining Court approval for their proposed briefing schedule on the parties' contemplated cross-motions for summary judgment, and the Court approving such schedule, the Court hereby orders the following briefing schedule in connection with the summary judgment motions to be heard on May 1, 2025:

| Event | Deadline |
|---|---|
| Plaintiff's Opening Papers in Support of Motion for Summary Judgment | 2/28/2025 |
| Defendant's Papers in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment | 3/14/2025 |
| Plaintiff's Papers in Further Support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendant's Cross-Motion for Summary Judgment | 3/28/2025 |
| Defendant's Reply Papers in Further Support of Defendant's Cross-Motion for Summary Judgment | 4/7/2025 |

Dated:   February 25, 2025     /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE

ORDER ON BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT