1  **COWAN, LIEBOWITZ & LATMAN, P.C.**
   RICHARD S. MANDEL N.Y. Bar No: 2052819
2  (admitted *pro hac vice*)
       rsm@cll.com)
3  JAIME A. BERMAN N.Y. Bar No. 5600143
   (admitted *pro hac vice*)
4  114 West 47th Street
   New York, NY
5  Telephone: 212-790-9291
   Facsimile:  212-575-0671
6

7  **JASSY VICK CAROLAN LLP**
   JEAN-PAUL JASSY, Cal Bar No. 220513
8      jpjassy@jassyvick.com
   355 South Grand Avenue, Suite 2450
9  Los Angeles, California 90071
   Telephone:   310-870-7048
10 Facsimile:   310-870-7010

11 Attorneys for Defendant
   MEENAKSHI OVERSEAS LLC
12
                    UNITED STATES DISTRICT COURT
13
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company,<br><br>Plaintiff,<br><br>vs.<br><br>MEENAKSHI OVERSEAS LLC,<br><br>Defendant. | Case No.:  2:14-CV-02961-DJC-CKD<br><br>**ORDER ON DEFENDANT'S REQUEST TO SEAL DOCUMENTS** |

    IT IS HEREBY ORDERED that Defendant's and Plaintiff's Joint Request to Seal (1) Exhibits 9, 12, 21 and 26 to the Declaration of Richard S. Mandel, Esq. in Support of Defendant's Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, (2) the Declaration of Anil Gandhi in Opposition to Plaintiff's

1

Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment, (3) Defendant's Statement of Undisputed Facts in Support of Defendant's Cross-Motion for Summary Judgment, and (4) Defendant's Notice of Cross-Motion for Summary Judgment with Memorandum of Points and Authorities in Support of Defendant's Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment, is granted.

Accordingly, each of the foregoing documents are to be placed under seal, accessible only by the Court and counsel of record for the Parties until further Order of the Court.

**IT IS SO ORDERED.**

Dated: March 14, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE