UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company,<br><br>          Plaintiff,<br><br>     vs.<br><br>MEENAKSHI OVERSEAS LLC,<br><br>          Defendant. | Case No.:  2:14-CV-02961-DJC-CKD<br><br>ORDER ON BRIEFING SCHEDULE ON CR0SS-MOTIONS FOR SUMMARY JUDGMENT |

Plaintiff V.V.V. & SONS EDIBLE OILS LIMITED ("3V") and Defendant MEENAKSHI OVERSEAS LLC ("MOL") both being desirous of obtaining Court approval for their adjustments to the briefing schedule on the parties' cross-motions for summary judgment, and the Court approving such schedule, the Court hereby orders the following briefing schedule in connection with the remaining briefing on the summary judgment motions to be heard on May 1, 2025:

| Event | Deadline |
|---|---|
| Plaintiff's Opening Papers in Support of Motion for Summary Judgment | Completed |
| Defendant's Papers in Opposition to Plaintiff's Motion for Summary Judgment and in Support of Defendant's Cross-Motion for Summary Judgment | Completed |

1

| Event | Deadline |
|---|---|
| Plaintiff's Papers in Further Support of Plaintiff's Motion for Summary Judgment and in Opposition to Defendant's Cross-Motion for Summary Judgment | 4/1/2025 |
| Defendant's Reply Papers in Further Support of Defendant's Cross-Motion for Summary Judgment | 4/11/2025 |

Dated:   March 31, 2025         /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

Proposed ORDER ON BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT