1  **COWAN, LIEBOWITZ & LATMAN, P.C.**
   RICHARD S. MANDEL N.Y. Bar No: 2052819
2  (admitted *pro hac vice*)
     rsm@cll.com)
3  JAIME A. BERMAN N.Y. Bar No. 5600143
   (admitted *pro hac vice*)
4  114 West 47th Street
   New York, NY
5  Telephone: 212-790-9291
   Facsimile:  212-575-0671
6

7  **JASSY VICK CAROLAN LLP**
   JEAN-PAUL JASSY, Cal Bar No. 220513
8     jpjassy@jassyvick.com
   355 South Grand Avenue, Suite 2450
9  Los Angeles, California 90071
   Telephone:   310-870-7048
10 Facsimile:    310-870-7010

11 Attorneys for Defendant
   MEENAKSHI OVERSEAS LLC

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company,<br><br>Plaintiff,<br><br>vs.<br><br>MEENAKSHI OVERSEAS LLC,<br><br>Defendant. | Case No.:  2:14-CV-02961-DJC-CKD<br><br>**ORDER ON DEFENDANT'S REQUEST TO SEAL DOCUMENTS** |
|---|---|

   IT IS HEREBY ORDERED that Defendant's Request to Seal Exhibit B to the Declaration of Richard S. Mandel, Esq. in Support of Defendant's Motion to Strike Plaintiff's Jury Demand (Supplemental Expert Witness Report of Nora C. Ostrofe dated January 6, 2025), is granted.

Accordingly, such document is to be placed under seal, accessible only by the Court and counsel of record for the Parties until further Order of the Court.

**IT IS SO ORDERED.**

Dated:  June 3, 2025        /s/ Daniel J. Calabretta
                            THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE