UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company,<br><br>            Plaintiff,<br>    vs.<br><br>MEENAKSHI OVERSEAS LLC,<br><br>            Defendant. | Case No.:  2:14-CV-02961-DJC-CKD<br><br>ORDER EXTENDING TIME FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

Plaintiff Outdoor V.V.V. & SONS EDIBLE OILS LIMITED ("3V") and Defendant MEENAKSHI OVERSEAS LLC("MOL") both being desirous of extending time to file dispositional documents in the above-identified matter and the Court finding good cause for such an extension, the Court hereby orders that the parties have until December 18, 2025 to file dispositional documents in this matter.

Dated:   November 21, 2025    /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE

1

ORDER EXTENDING TIME FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS