UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

V.V.V. & SONS EDIBLE OILS LIMITED, a public limited company,

    Plaintiff,

     v.

MEENAKSHI OVERSEAS LLC,

    Defendant.

Case No.:   2:14-CV-02961-DJC-CKD

**JUDGMENT**

NOW it is ORDERED, JUDGED, and DECREED, that

1. Plaintiff V.V.V. & SONS EDIBLE OILS LIMITED ("3V") and Defendant MEENAKSHI OVERSEAS LLC ("MOL") are lawfully entitled to concurrently use the IDHAYAM trademark on sesame oil in commerce as follows:

    a. 3V is entitled to use the IDHAYAM trademark on sesame oil in the United States in only the following territories: California, Washington, Oregon, Arizona, Tennessee, Alabama, Texas, Oklahoma, Arkansas, Louisiana, Illinois, Ohio, Michigan, Indiana, Kentucky, Missouri, Kansas, Nebraska, Iowa, Colorado, Minnesota, Wisconsin, North Dakota, and South Dakota (collectively, the "3V Territories");

    b. MOL is entitled to use the IDHAYAM trademark on sesame oil in the United States in only the following territories: New York, New Jersey, Pennsylvania, Delaware, Maryland, Virginia, North Carolina, South Carolina, Georgia, Florida, Mississippi,

1

JUDGMENT

West Virginia, Connecticut, Rhode Island, Massachusetts, New Hampshire, Vermont, Maine, Idaho, Montana, Wyoming, Nevada, New Mexico, Utah, Hawaii, Alaska, and Washinton D.C. (collectively, the "MOL Territories");

2.  The Court finds that confusion, mistake, or deception are not likely to result by the continued use of IDHAYAM on sesame oil by 3V in the 3V Territories and by MOL in the MOL Territories so long as the parties restrict their use of IDHAYAM on sesame oil to their respective territories and do not use IDHAYAM on sesame oil in the other party's territory;

3.  Pursuant to 15 U.S.C. § 1052(d) and TMEP § 1207.04(f), the United States Patent and Trademark Office is directed to amend U.S. Reg. No. 4,006,654 to be limited to the MOL Territories;

4.  The Court finds that confusion, mistake, or deception are not likely to result with the trademark that is the subject of United States Registration number 4,334, 000 owned by MOL by the continued use by 3V of IDHAYAM on sesame oil in the 3V Territories so long as the 3V and MOL limit their concurrent use of the IDHAYAM trademark for sesame oil to their respective territories as defined in paragraph 1 above and Registration number 4,334,000 is amended so as to delete "cooking oil," "edible oils," "sesame oil" and "vegetable oils" from said registration;

5.  The Court finds that confusion, mistake, or deception are not likely to result with the trademark that is the subject of United States Registration numbers 4,225,172 owned by MOL by the continued use by 3V of IDHAYAM on sesame oil in the 3V Territories so long as 3V and MOL limit their concurrent use of the IDHAYAM trademark for sesame oil to their respective territories as defined in paragraph 1 above;

6.  Nothing contained herein shall in any way affect the validity of, or be used to challenge the validity of, MOL's United States Registration Nos. 4,006,654, 4,334,000 or 4,225,172 as any such registrations may be modified pursuant to the terms hereof.

7.  3V's Amended Complaint (ECF No. 71) is dismissed with prejudice, each side to bear its own attorneys' fees and costs; and

////

////

2

JUDGMENT

8.  3V and MOL consent to this Judgment.


Dated:  January 30, 2026             /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE